| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

**Northern District of Georgia**

Case number *(If known)*: _____  Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| 1. | Debtor's name | **TSV Mastermind, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **88-0658387** |
|---|---|---|

4. Debtor's address

**Principal place of business**

**617 Morning Breeze Lane**
Number    Street

**Atlanta**          **GA**   **30314**
City          State  Zip Code

**CHEROKEE**
County

**Mailing address, if different from principal place of business**

Number    Street

City          State  Zip Code

**Location of principal assets, if different from principal place of business**

Number          Street

City          State  Zip Code

| 5. | Debtor's website (URL) | |
|---|---|---|

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **TSV Mastermind, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.    Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

| Debtor | **TSV Mastermind, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes. District _____ When _____ Case number _____
MM/DD/YYYY

District _____ When _____ Case number _____
MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM/DD/YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| Debtor | **TSV Mastermind, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

■ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ■ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Copyright © Financial Software Solutions, LLC

Debtor      **TSV Mastermind, LLC**

Name
Case number *(if known)* _____

**16.   Estimated liabilities**

- ☒ $0-$50,000
- ☒ $50,001-$100,000
- ☒ $100,001-$500,000
- ☒ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ■ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☒ $100,000,001-$500 million

- ☒ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☒ $10,000,000,001-$50 billion
- ☒ More than $50 billion

---

## ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.   Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **7/3/2023**
MM / DD / YYYY

✗   **/s/ Brian McCarthy**
Signature of authorized representative of debtor

Brian McCarthy
Printed name

Title   managing member

---

**18.   Signature of attorney**

✗   **/s/ Jason Pettie**
Signature of attorney for debtor

Date   7/3/2023
MM / DD / YYYY

**Jason Pettie**
Printed name

**Taylor English Duma, LLP**
Firm name

**1600 Parkwood Cir**
Number        Street

**Atlanta**
City

**GA**
State

**30339**
ZIP Code

**(770) 434-6868**
Contact Phone

**jpettie@taylorenglish.com**
Email address

**574783**
Bar number

**Georgia**
State

# United States Bankruptcy Court

## Northern District of Georgia

In re __TSV Mastermind, LLC__ _____     Case No. _____

_____Debtor(s)      Chapter     __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: __7/3/2023__ _____          __/s/ Brian McCarthy__ _____
                                                    Brian McCarthy
                                                    Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Blur Architects**
**621 North Ave NE**
**Suite C-40**
**Atlanta, GA 30308**

**Georgia Dept of Revenue**
**1800 CENTURY BLVD NE SUITE 9100**
**Atlanta, GA 30345**

**Internal Revenue Service**
**401 W Peachtree St NW**
**M/S 334-D**
**Atlanta, GA 30308**

**Long Engineering**
**2550 Heritage Court**
**Suite 250**
**Atlanta, GA 30339**

**Longline Financial**
**c/o Douglas M Flaum, Esq.**
**Nelson Mullins Riley & Scarborough LLP**
**201 17th St NW, Suite 1700**
**Atlanta, GA 30363**

**Longline Financial C 1 LP**
**c/o Longline Financial, LLC**
**2715 Northside Pkwy NW**
**Bldg 400, Suite 215**
**Atlanta, GA 30327**

**MMM**
**3343 Peachtree Rd NE, # 1600**
**Atlanta, GA 30326**

Copyright © Financial Software Solutions, LLC