## CERTIFIED COPY OF RESOLUTION OF

## TSV MASTERMIND, LLC

This is to certify that at a meeting of the members of TSV Mastermind, LLC, a Georgia Limited Liability Company (the "Company"), held on the 3rd day of July, 2023, the following resolution was adopted:

**WHEREAS** the Company is unable to pay its debts as they generally mature, **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that the Company authorizes the managing member of the Company, as listed below, to prepare, file and execute a petition for relief under Chapter 7 of Title 11 of the United States Code for the Company, along with all of the necessary papers, schedules, and statements in connection with filing said bankruptcy petition in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.  It is

**RESOLVED FURTHER**, that the managing member of the Company be and is hereby authorized to do any other acts, execute all necessary documents and take any other steps in the name an on behalf of the Company necessary or appropriate to obtain such relief, including the presentation of a plan of reorganization.  It is

**RESOLVED FURTHER**, that the managing member of the Company be and is hereby authorized to retain as counsel for the Company in said bankruptcy proceeding Taylor English Duma, LLP.

Said resolution is still of full force and effect

Dated, this 3rd day of July 2023

TSV MASTERMIND, LLC

By: _____

Brian McCarthy, managing member of

Black Goat II, LLC, sole and managing member of D_Fi Development, LLC, sole and managing member of D_Fi Mastermind, LLC, sole and managing member of TSV Mastermind, LLC