**IT IS ORDERED as set forth below:**



**Date: July 24, 2023**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-56304-WLH |
| | : | |
| TSV MASTERMIND, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

### ORDER APPROVING EMPLOYMENT OF HAYS FINANCIAL CONSULTING, LLC, ACCOUNTANTS AND REAL ESTATE MANAGEMENT CONSULTANTS FOR TRUSTEE, SUBJECT TO OBJECTION

On July 7, 2023, Kyle A. Cooper, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Hays Financial Consulting, LLC ("**HFC**") as accountants and real estate management consultants for Trustee [Doc. No. 7] (the "**Application**"). The Application and accompanying verified statement demonstrate that HFC is a firm of professionals qualified to serve as Trustee's accountants and financial consultants in this case, that HFC is disinterested and represents no interest adverse to Debtor, the estate, or any other parties in interest. As this case justifies employment of a professional for the purposes specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ HFC as Trustee's accountant and real estate management consultants during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to HFC upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed accountants and financial consultants for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, HFC, and the objecting party.

**[END OF DOCUMENT]**

**Draft order prepared and presented by:**

By: */s/ Kyle A. Cooper*
Kyle A. Cooper, Chapter 7 Trustee
Georgia Bar No.
kylecoopertrustee@gmail.com
120 Travertine Trail
Alpharetta, GA 30022
(770) 687-2982
Chapter 7 Trustee for the Estate of TSC Mastermind, LLC

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

Jason Pettie
Taylor English Duma, LLP
1600 Parkwood Circle
Atlanta, GA 30339

Neil C. Gordon
Taylor English Duma, LLP
1600 Parkwood Circle
Atlanta, GA 30339

Longline Financial
c/o Douglas M. Flaum, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Longline Financial C 1 LP
2715 Northside Pkwy NW
Building 400, Suite 415
Atlanta, GA 30327

Morris, Manning and Martin LLP
3343 Peachtree Rd NE #1600
Atlanta, GA 30326

Long Engineering
2550 Heritage Court
Suite 250
Atlanta, GA 30339