FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case Number: | 23-56304 WLH | Trustee: | Kyle A. Cooper |
| --- | --- | --- | --- |
| Case Name: | TSV Mastermind LLC | Filed (f) or Converted (c): | 07/03/23 (f) |
| | | §341(a) Meeting Date: | 08/07/23 |
| Period Ending: | 12/31/23 | Claims Bar Date: | 11/30/23 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | South State Bank: Checking Account 4871 | 26,400.00 | 21,400.00 | | 21,392.73 | FA |
| 3 | Accounts receivable: 90 days old or less | 17,360.00 | 17,360.00 | | 0.00 | FA |
| 5 | Misc. office furnishings (old desks and chairs) | 500.00 | 500.00 | | 0.00 | FA |
| 6 | 100% Interest in Commercial Real Estate Development Property located at 1450 W Peachtree St, NW, Atlanta, GA 30309<br>(see footnote) | 20,500,000.00 | 10,544,883.60 | | 0.00 | FA |
| 7 | Potential Insurance Refund on Abandoned Property (u) | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| | **TOTALS** (Excluding Unknown Values) | **$20,544,260.00** | **$10,594,143.60** | | **$21,392.73** | **$10,000.00** |

Regarding Property #6    .70114 acre mixed-use property located in Land Lot 108 of the 17th District of Fulton County - value based on Letter of Intent dated 5/1/2023 100% $ 20,500,000.00

**Major activities affecting case closing:**

12/23/23 Property abandoned trying to cancel insurance to obtain refund.
11/27/23 Filed Notice of Subpeona for Production of documents.
9/18/23 Sent Form 1 and Form 2 to Greg Hayess.
9/9/23 Worked on getting bank statements, copies of all insurance information and any payments due.
9/7/23 Employed Ogier Rothschild & Rosenfeld as counsel for the estate.

**Initial Projected Date of Final Report (TFR):** January 31, 2024    **Current Projected Date of Final Report (TFR):** December 31, 2024

| January 26, 2024 | /s/ Kyle A. Cooper |
| --- | --- |
| Date | Kyle A. Cooper |

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 23-56304 WLH | | **Trustee:** | Kyle A. Cooper |
|---|---|---|---|---|
| **Case Name:** | TSV Mastermind LLC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | ******3666 - Checking |
| **Taxpayer ID#:** | ******8387 | | **Blanket Bond:** | $33,665,000.00 (per case limit) |
| **Period:** | 01/01/23 - 12/31/23 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/18/23 | Asset #2 | South Side Bank | Proceeds from bank deposit | 1129-000 | 21,392.73 | | 21,392.73 |
| 08/31/23 | Asset #8 | Greenwich Logistics, LLC | Rent | 1122-000 | 17,360.21 | | 38,752.94 |
| 08/31/23 | Asset #8 | Greenwich Logistics, LLC | Commercial rent collected | 1122-000 | 17,360.21 | | 56,113.15 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.06 | 56,098.09 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.40 | 56,005.69 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.95 | 55,911.74 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.99 | 55,817.75 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.94 | 55,723.81 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 56,113.15 | 389.34 | $55,723.81 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 56,113.15 | 389.34 | |
| | | Less: Payment to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$56,113.15** | **$389.34** | |

| Net Receipts: | $56,113.15 |
|---|---|
| Net Estate: | $56,113.15 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3666** | 56,113.15 | 389.34 | 55,723.81 |
| | **$56,113.15** | **$389.34** | **$55,723.81** |